RECEIVED
OCT 2 2005
[illegible]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COMMONWEALTH LAND TITLE INSURANCE COMPANY** PLAINTIFF | : | |
| | : | |
| **VS.** | : | **C.A. NO. 01-40OT** |
| | : | |
| **IDC PROPERTIES** DEFENDANT | | |

**Stipulation of Withdrawal of and Entry of Appearance**

I, William R. Landry, Esq. hereby withdraw my appearance on behalf of Defendant, IDC Properties, Inc., in connection with the above-entitled action.

William R. Landry #2494
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel.: (401) 831-8900
Fax: (401) 490-7640

I, W. Mark Russo, Esq., hereby enter my appearance on behalf of Defendant, IDC Properties, Inc., in connection with the above-entitled action.

Defendant, IDC Properties, Inc.,

By its Attorneys,

W. Mark Russo #3937
**FERRUCCI RUSSO P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

**Certification**

**I hereby certify that on this 24th day of ~~August~~ October, 2005, I served a true and accurate copy of the foregoing upon the following via first-class, postage prepaid mail.**

**Steven E. Snow, Esq.**
**Partridge Snow & Hahn**
**180 South Main Street**
**Providence, RI 02903-7120**