**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 26 2005
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| **COMMONWEALTH LAND TITLE INSURANCE COMPANY PLAINTIFF** | : | |
| **VS.** | : | **C.A. NO. 01-400T** |
| **IDC PROPERTIES INC. DEFENDANT** | : | |

**STIPULATION**

BY AGREEMENT OF THE PARTIES HERETO, plaintiff IDC Properties, Inc. ("IDC") shall have up to, and including, Monday, October 31, 2005, within which to move the Court to "reopen" discovery in connection with the above-entitled action.

In the event that IDC moves the Court to "reopen" discovery in this case, and the Court denies any such request, IDC shall have up to twenty (20) days following said denial of any such request within which to submit its pre-trial memorandum in connection with the instant action.

AGREED, CONSENTED, AND STIPULATED TO:

Commonwealth Land Title Insurance Company

By its Attorneys,

Steven E. Snow (# )
Robert Taylor (#6519
Partridge Snow & Hahn
180 South Main Street
Providence, RI 02903-7120
Tel.: (401) 861-8200
Fax: (401) 861-8210

Dated: October __, 2005

IDC Properties, Inc.

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Enter as an Order of this Court this 2 day of ~~October,~~ November 2005.

By Order:

Enter:

Ernest C. Torres

______________________ J.

______________________ Clerk