FILED
OCT 26 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY PLAINTIFF | : | |
| VS. | : | C.A. NO. 01-400T |
| IDC PROPERTIES DEFENDANT | : | |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, IDC Properties, Inc. hereby moves that Peter J. Haley, Esq. be admitted *pro hac vice* in the above-case, as associate trial counsel with local associate counsel identified below, on the grounds that the case involves complex issues of title insurance coverage in which Peter J. Haley, Esq. and his firm Gordon Haley LLP have a great deal of experience.

The undersigned is prepared to act as local associate counsel in accord with Rule 5 of the Local Rules of United States District Court for the District of Rhode Island. Accordingly, the undersigned counsel has attached a withdrawal and substitution of counsel.

GRANTED
Ernest C Torres /
Ernest C. Torres
Chief, US District Judge
11/14/05

Dated: October 24, 2005

Defendant, IDC Properties, Inc.,

By its Attorneys,

W. Mark Russo #3937
**FERRUCCI RUSSO P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

**Certification**

I hereby certify that on this 24th day of October, 2005, I served a true and accurate copy of the foregoing upon the following via first-class, postage prepaid mail.

Steven E. Snow, Esq.
Partridge Snow & Hahn
180 South Main Street
Providence, RI 02903-7120

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COMMONWEALTH LAND TITLE INSURANCE COMPANY** | : | |
| **PLAINTIFF** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 01-400T** |
| | : | |
| **IDC PROPERTIES** | : | |
| **DEFENDANT** | : | |

**Attorney Certificate for Pro Hac Vice Admission**

Pursuant to Rule 5 of the Local Rules of the United States District Court for the District of Rhode Island, I, Peter J. Haley hereby certify as follows:

1. I am a principal in the firm of Gordon Haley LLP, located at 101 Federal Street, Boston, Massachusetts, 02110. My contact information is as follows: telephone: (617) 261-0100; facsimile: (617) 261-0789; email: haley@gordonhaley.com.

2. I am a member in good standing of the bars of the Commonwealth of Massachusetts and of the following Federal District Courts and/or Courts of Appeal: United States District Court for the District of Massachusetts, United States Court of Appeals for the First Circuit, United States Supreme Court. I am eligible to practice in all of those Courts.

3. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

4. I have never been convicted of any crime.

5. During the past 24 months, I have not appeared or applied to be admitted in any cases in this District.

6. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

7. I have read, acknowledge and agree to observe and to be bound by the Local Rules and Order(s) of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

8. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

9. Local associate counsel is as follows:

W. Mark Russo (#3937
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibility of Local associate counsel.

Peter J. Haley (BBO # 543858)
**Gordon Haley LLP**
101 Federal Street
Boston, MA 02110
Tel.: (617) 261-0100
Fax: (617) 261-0789

Certification of Service

I hereby certify that on this 24th day of October, 2005, I served a true and accurate copy of the foregoing upon the following via first-class, postage prepaid mail.

Steven E. Snow, Esq.
Partridge Snow & Hahn
180 South Main Street
Providence, RI 02903-7120

P:\Clients\Roos\Plead\certification m_pro hac vice (PJH).doc