UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY

                   v.                        CA No. 01-400-T

IDC PROPERTIES, INC.

## ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO CONDUCT CERTAIN ADDITIONAL DISCOVERY

At a status conference on September 20, 2005, the Court indicated that it would consider a motion from IDC for leave to conduct additional discovery only if such a motion were to set forth what specific discovery would be sought and why it would be necessary in light of the Rhode Island Supreme Court's decision on rehearing in <u>Am. Condo. Assoc., Inc. V. IDC, Inc.</u>, 870 A.2d 434 (R.I. 2005).

IDC Properties, Inc. ("IDC")'s Motion for Leave to Conduct Certain Discovery does not contain any such explanation. Therefore, the motion is hereby denied.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: Dec. 2 , 2005