UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY

v. CA No. 01-400-T

IDC PROPERTIES, INC.

**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO CONDUCT CERTAIN ADDITIONAL DISCOVERY**

At a status conference on September 20, 2005, the Court indicated that it would consider a motion from IDC for leave to conduct additional discovery only if such a motion were to set forth what specific discovery would be sought and why it would be necessary in light of the Rhode Island Supreme Court's decision on rehearing in Am. Condo. Assoc., Inc. V. IDC, Inc., 870 A.2d 434 (R.I. 2005).

IDC Properties, Inc. ("IDC")'s Motion for Leave to Conduct Certain Discovery does not contain any such explanation. Therefore, the motion is hereby denied.

By Order

B.M. [signature]
Deputy Clerk

ENTER:

Ernest C Torres [signature]
Ernest C. Torres
Chief Judge

Date: Dec. 2 , 2005