UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY

          v.               CA No.   01-400-T

IDC PROPERTIES, INC.

## ORDER GRANTING, IN PART, MOTION FOR ADDITIONAL DISCOVERY

There being no objection to defendant IDC Properties, Inc.'s, Motion for Reconsideration of this Court's December 2, 2005, Order Denying Leave to Conduct Additional Discovery, the Motion for Reconsideration is hereby granted in part and denied in part as follows:

1. The motion is denied without prejudice to the extent that it seeks discovery relevant to IDC's proposed third-party claim against Timothy Moore and Edwards & Angell, LLP. That motion may be renewed if and when IDC's pending motion for leave to file such a third-party complaint is granted.

2. The motion is granted with respect to any new issues raised by the Rhode Island Supreme Court's decisions in Am. Condo. Assoc., Inc. v. IDC, Inc., 844 A.2d 117 (R.I. 2004) and Am. Condo. Assoc., Inc. v. IDC, Inc., 870 A.2d 434 (R.I. 2005).

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: Jan. 10, 2006