UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

Plaintiff,

v. C.A. No. 01-400T

IDC PROPERTIES, INC.,

Defendant.

**ORDER**

For reasons stated in open court, Defendant IDC Properties, Inc. ("IDC")'s Motion for Leave to Serve Third Party Complaint is hereby GRANTED and its Motion for Leave to Serve Amended Answer and Counterclaim is hereby GRANTED IN PART and DENIED IN PART.

The latter motion is denied with respect to the proposed additional defenses of "loss not caused by action alleged," setoff, unclean hands, and "lack of intent." The motion also is denied with respect to the proposed additional counterclaim of breach of contract. The motion is granted in all other respects. IDC shall file an Amended Answer and Counterclaim, consistent with this Order, within ten days.

IT IS SO ORDERED,

Ernest C Torres

Ernest C. Torres
Chief Judge

Date: March 23 , 2006