UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

Plaintiff,

v.

IDC PROPERTIES, INC.,
Defendant and Third Party
Plaintiff

v.

TIMOTHY MORE, and
EDWARDS ANGELL PALMER & DODGE LLP

Third Party Defendants.

Civil Action No. 01-400 T

**STIPULATION OF ACCEPTANCE OF SERVICE**

BY AGREEMENT OF THE PARTIES HERETO, Deming E. Sherman, Esq. of Edwards Angell Palmer & Dodge LLP, hereby agrees and accepts service of process of Third-Party Plaintiff's Third Party Complaint in this matter on behalf of said Third-Party Defendants, Timothy More, Esq. and Edwards Angell Palmer & Dodge LLP in connection with the above-entitled action, and, further, said acceptance of service of process shall constitute good, valid and effective service of process upon said Third-Party Defendants, Timothy More, Esq. and Edwards Angell Palmer & Dodge LLP, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Said service of process shall be effective as of this 29th day of March, 2006.

Timothy More and Edwards Angell Palmer Dodge LLP

By its Attorneys,

Deming E. Sherman (#1138)
Edwards Angell Palmer Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel.: (401) 274-9200
Fax: (401) 276-6611

Dated: March 29, 2006

IDC Properties, Inc.

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE