UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 01-400T |
| IDC PROPERTIES, INC., | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| v. | ) | |
| TIMOTHY MORE and EDWARDS ANGELL PALMER & DODGE LLP | ) | |
| Third-Party Defendants. | ) | |

**RESPONSE OF THIRD-PARTY DEFENDANTS**
**TO PLAINTIFF'S MOTION TO SEVER**

Third-party defendants Edwards Angell Palmer & Dodge LLP and Timothy More join in plaintiff's Motion to Sever for the procedural reasons set forth in the Motion. Third-party defendants reserve the right to contest any of the factual assertions contained in the Motion.

EDWARDS ANGELL PALMER & DODGE LLP
and TIMOTHY MORE

By their Attorneys,

Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

April 20, 2006

**CERTIFICATION**

I hereby certify that a copy of the within Response of Third-Party Defendants to Plaintiff's Motion to Sever was mailed to the following counsel of record on April 20, 2006:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferucci Russo, P.C.
55 Pine Street - 4th Floor
Providence, RI 02903

Stephen F. Gordon, Esq.
Peter J. Haley, Esq.
Gordon Haley LLP
101 Federal Street
Boston, MA 02110

Deming E. Sherman