UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

Plaintiffs,

v. C.A. No. 01-400T

IDC PROPERTIES, INC.,

Defendant and Third-Party Plaintiff,

v.

TIMOTHY MORE and EDWARDS ANGELL PALMER & DODGE LLP

Third-Party Defendants.

**STIPULATION**

It is hereby stipulated and agreed that the time within which third-party defendants Timothy More and Edwards Angell Palmer & Dodge LLP shall answer or otherwise respond to the Third-Party Complaint is hereby extended to and including May 5, 2006.

W. Mark Russo (#3937)
FERRUCCI RUSSO, P.C.
55 Pine Street - 4th Floor
Providence, RI 02903
(401) 455-1000
(401) 455-7778 (Fax)
Attorneys for Third-Party Plaintiff IDC Properties, Inc.

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
Attorneys for Third-Party Defendants Timothy More and Edwards Angell Palmer & Dodge LLP

Dated: April , 2006

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 5/1/06

## CERTIFICATION

I hereby certify that a copy of the within Stipulation was mailed to the following counsel of record on April 24th, 2006:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Stephen F. Gordon, Esq.
Peter J. Haley, Esq.
Gordon Haley LLP
101 Federal Street
Boston, MA 02110

Darlene Morris