UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IDC PROPERTIES, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>TIMOTHY MORE and EDWARDS ANGELL PALMER & DODGE LLP<br><br>Third-Party Defendants. | ) | C.A. No. 01-400T |

**ENTRY OF APPEARANCE**

Appearance is hereby entered on behalf of third-party defendants Timothy More and Edwards Angell Palmer & Dodge LLP.

Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

April 20, 2006

**CERTIFICATION**

I hereby certify that a copy of the within Entry of Appearance was mailed to the following counsel of record on April 20, 2006:

Steven E. Snow, Esq.
Robert K. Taylor, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferucci Russo, P.C.
55 Pine Street - 4th Floor
Providence, RI 02903

Stephen F. Gordon, Esq.
Peter J. Haley, Esq.
Gordon Haley LLP
101 Federal Street
Boston, MA 02110

Dennis J. Sherman