UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, Plaintiff | ) | |
| v. | ) | C.A. No. 01-400/T |
| IDC PROPERTIES, INC., Defendant | ) | |

**WITHDRAWAL OF APPEARANCE**

I herewith withdraw my appearance on behalf of defendant.

Thomas E. Romano #5425
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Telephone: (401) 831-8900
Telecopy: (401) 490-7640
ter@blishcavlaw.com

June 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, a true copy of the within document was forwarded by U.S. mail, postage prepaid, to counsel of record, as follows:

Steven E. Snow, Esq.
Partridge, Snow & Hahn
180 South Main Street
Providence, RI 02903

W. Mark Russo, Esq.
Ferrucci Russo, P.C.
55 Pine Street - 4th Floor
Providence, RI 02903