UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY | : | |
| v. | : | C.A. No. 01-400T |
| IDC PROPERTIES, INC. | : | |
| v. | : | |
| TIMOTHY MORE, and EDWARDS ANGELL PALMER DODGE LLP | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 10, 2006

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk