UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, Plaintiff, | : | |
| v. | : | CA 01-400 T |
| IDC PROPERTIES, INC., Defendant. | : | |

**ORDER**

Before the Court is the Motion for Entry of Order Compelling Attendance of Witness at Deposition (Document #53) ("Motion") filed by Defendant IDC Properties, Inc. ("Defendant"). By the Motion, Defendant seeks to compel the attendance of a witness, Celeste F. Riendeau, at a deposition in the above-captioned action. No objection to the Motion has been filed. Accordingly, the Motion is GRANTED. Ms. Riendeau shall submit to deposition within twenty-one (21) days of the date of this Order.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
October 12, 2006

BY ORDER:

Martha Saucier

Deputy Clerk