UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND<br>TITLE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>IDC PROPERTIES, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>v.<br><br>TIMOTHY MORE and EDWARDS<br>ANGELL PALMER & DODGE LLP<br><br>Third-Party Defendants. | ) | C.A. No. 01-400T |

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that the third-party defendants, Timothy More and Edwards Angell Palmer & Dodge LLP, will take the deposition, upon oral examination, of **Turner C. Scott, Esq.,** commencing at **10:00 a.m. on Monday, February 5, 200**7, and from day to day thereafter until completed, at the offices of Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, 28th Floor, Providence, Rhode Island 02903, before a notary public of the State of Rhode Island, or some other qualified person.

Said examination will be for the purpose of discovery or for use as evidence in this case, or both, pursuant to the Federal Rules of Civil Procedure. You are invited to attend and participate in the manner provided in the Rules of Civil Procedure.

EDWARDS ANGELL PALMER & DODGE LLP
and TIMOTHY MORE

By their Attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

Harold Hestnes (*pro hac vice*)
Beth E. Bookwalter (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)

January 22, 2007

**CERTIFICATION**

I hereby certify that on the 22nd day of January, 2007, a copy of the within Notice of Deposition was sent by electronic means (ECF) to the following counsel of record:

Steven E. Snow, Esq.
ses@psh.com

Robert K. Taylor, Esq.
rkt@psh.com

Stephen F. Gordon, Esq.
sgordon@gordonhaley.com

Peter J. Haley, Esq.
haley@gordonhaley.com

W. Mark Russo, Esq.
mrusso@frlawri.com

Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com

/s/ Deming E. Sherman