UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>IDC PROPERTIES, INC.,<br>Defendant and Third Party Plaintiff<br><br>v.<br><br>TIMOTHY MORE, and EDWARDS ANGELL PALMER DODGE LLP<br><br>Third Party Defendants. | Civil Action No. 01-400 T |

JOINT MOTION OF THIRD PARTY PLAINTIFF IDC PROPERTIES, INC.
AND THIRD PARTY DEFENDANT EDWARDS ANGELL PALMER DODGE LLP
TO EXTEND SCHEDULING ORDER DEADLINES (60 DAYS)

The Third Party Plaintiff IDC Properties, Inc. ("IDC Properties") and the Third Party Defendants Timothy More and Edwards Angell Palmer Dodge LLP (collectively "EAPD") move the Court to extend the discovery closure date and the deadlines set forth in the scheduling order dated November 16, 2006 for a period of 60 days. In support of their motion, the parties state the following:

1. This action was commenced by the Plaintiff title insurer seeking certain declaratory relief in connection with $12 million in title insurance relating to certain real property in Newport, Rhode Island. IDC Properties, the property owner and third party plaintiff, has brought a third party complaint against its counsel EAPD seeking relief in an amount equal

to the title insurance in the event the Court should determine that the plaintiff title insurer is excused from payment under the policy.

2. On November 16, 2006, the Court entered a scheduling order (the "Scheduling Order") in this case establishing a ninety (90) period for discovery in connection with the third party claims. The Scheduling Order establishes a closure date for discovery of February 15, 2007. Since the entry of the Scheduling Order, the parties have worked cooperatively to complete the necessary discovery.

3. The parties have recently produced, or are in the process of producing, substantial documents. The parties have recently agreed to conduct the deposition of a third party individual on a date convenient to the deponent shortly after the close of discovery. The parties are attempting to resolve certain matters involving the scope of written discovery responses consensually to avoid the need for extended discovery motions, if possible. The parties require additional time to respond to expert disclosure issues under Rule 26. In sum, while the parties have made a substantial good faith effort to complete discovery within the limited time allowed, a brief further period would assist all parties in adequately preparing the case to be presented to the Court.

4. In addition to the extension of the discovery closure date, the parties seek a commensurate extension of the other deadlines set forth in the Scheduling Order, including the deadline for summary judgment motions.

5. IDC Properties and EAPD have conferred regarding this motion and present the motion as a joint consensual request.

Wherefore, the parties pray that the Court extend the discovery closure date and all deadlines established by the Scheduling Order dated November 16, 2006 for a period of sixty days and that the Court grant such other and further relief as is just.

IDC PROPERTIES, INC., Third Party Plaintiff

By its attorneys,

/s/ W. Mark Russo
W. Mark Russo #3937
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

Stephen F. Gordon (Mass BBO#203600)
Peter J. Haley (Mass BBO#543858)
Gordon Haley LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 261-0100
Fax: (617) 261-0789

TIMOTHY MORE AND EDWARDS ANGELL PALMER DODGE LLP, Third Party Defendants

By their attorneys,

/s/ Deming E. Sherman
Deming E. Sherman, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Harold Hestnes, Esquire
Beth E. Bookwalter, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

Dated: February 15, 2007

**Certification**

I hereby certify that on this 15th day of February, 2007, I served a true and accurate copy of the foregoing upon the following via e-mail.

**Steven E. Snow, Esq. -** ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq.**
dsherman@eapdlaw.com

**Peter J. Haley, Esq.** haley@gordonhaley.com; Haggerty@gordonhaley.com; notices@gordonhaley.com

**Stephen F. Gordon, Esq.**
sgordon@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

I hereby certify that on this 15th day of February, 2006, I served a true and accurate copy of the foregoing upon the following via first-class mail.

Beth E. Bookwalter, Esq.
Harold Hestnes, Esq.
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109

/s/ W. Mark Russo