UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 01-400T |
| IDC PROPERTIES, INC., | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| v. | ) | |
| TIMOTHY MORE and EDWARDS ANGELL PALMER & DODGE LLP | ) | |
| Third-Party Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Appearance by Beth E. Bookwalter, Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of third-party defendants Edwards Angell Palmer & Dodge LLP and Timothy More, is hereby withdrawn.

/s/ Beth E. Bookwalter
Beth E. Bookwalter (admitted *pro hac vice)*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (Fax)

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

February 26, 2007

**CERTIFICATION**

I hereby certify that on the 26th day of February, 2007, a copy of the within Notice of Withdrawal of Appearance was sent by electronic means (ECF) to the following counsel of record:

Steven E. Snow, Esq.
ses@psh.com

Robert K. Taylor, Esq.
rkt@psh.com

Stephen F. Gordon, Esq.
sgordon@gordonhaley.com

Peter J. Haley, Esq.
haley@gordonhaley.com

W. Mark Russo, Esq.
mrusso@frlawri.com

Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com

and mailed to the following counsel of record:

Harold Hestnes, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109

/s/ Deming E. Sherman