**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INS. CO.,<br>Plaintiff,<br><br>v.<br><br>IDC PROPERTIES, INC.,<br>Defendant and Third Party Plaintiff,<br>v.<br><br>TIMOTHY MORE and EDWARDS ANGELL PALMER & DODGE LLP,<br>Third Party Defendants. | ) | Case No. 01-400-T |

**MOTION FOR ENTRY OF APPEARANCE**
***PRO HAC VICE***

Third Party Defendants Edwards Angell Palmer & Dodge LLP and Timothy More hereby move that John G. Fabiano, Esq. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

> Defense counsel Wilmer Cutler Pickering Hale and Dorr LLP's long-standing representation of Edwards Angell Palmer & Dodge LLP.

EDWARDS ANGELL PALMER & DODGE LLP and TIMOTHY MORE

By their attorney,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Dated: ~~February~~ March 7, 2007

**ATTORNEY CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts and the following federal district court bar(s): Supreme Court of the United States, Supreme Judicial Court of Massachusetts, U.S. District Court for the District of Massachusetts, U.S. District Court for the District of Arizona, U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals for the Fifth Circuit, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months: Applied to be admitted to Superior Court, *Robert C. Mitchell, Jr. v. Citizens Savings Bank et al.*; Civil Action No. PC05-101 (Hon. Susan E. McGuirl).

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island

Supreme Court, as adopted by this Court as the standard of conduct of all attorneys appearing before it.

7. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

John G. Fabiano (MA #157140)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)
jack.fabiano@wilmerhale.com

I certify that I have read and join in the foregoing Motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**ORDER:** This Motion is hereby ______________________________

______________________________
U.S. District Judge
Date: ______________________________

**CERTIFICATION**

I hereby certify that on the 7th day of March, 2007, a copy of the within Motion for Entry of Appearance *Pro Hac Vice* sent by electronic means (ECF) to the following counsel of record:

Steven E. Snow, Esq.
ses@psh.com

Robert K. Taylor, Esq.
rkt@psh.com

Stephen F. Gordon, Esq.
sgordon@gordonhaley.com

Peter J. Haley, Esq.
haley@gordonhaley.com

W. Mark Russo, Esq.
mrusso@frlawri.com

Christopher M. Mulhearn, Esq.
cmulhearn@frlawri.com

and mailed to the following counsel of record:

Harold Hestnes, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109

/s/ Deming E. Sherman