UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>IDC PROPERTIES, INC.,<br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>TIMOTHY MORE; and EDWARDS ANGELL PALMER DODGE LLP,<br><br>Third Party Defendants | C.A. No.: 01-400/T |

JOINT MOTION OF THIRD-PARTY PLAINTIFF, IDC PROPERTIES, INC., PLAINTIFF, COMMONWEALTH LAND TITLE INSURANCE COMPANY AND THIRD-PARTY DEFENDANTS, TIMOTHY MORE AND EDWARDS ANGELL PALMER DODGE, LLP' MOTION TO ENLARGE TIME TO FILE RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT

NOW COMES Third-Party Plaintiff, IDC Properties, Inc. ("IDC Properties"), Plaintiff, Commonwealth Land Title Insurance Company ("Commonwealth") and Third-Party Defendants, Timothy More and Edwards Angell Palmer Dodge LLP (collectively "Edwards & Angell"), by and through counsel, and hereby jointly move this Court for an order enlarging the time within which IDC Properties may respond to the previously filed, and pending, motions for summary judgment up to, and including, June 29, 2007.

Respectfully submitted,

IDC PROPERTIES, INC.

By its Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5118)
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

Stephen F. Gordon (Mass BBO#203600)
Peter J. Haley (Mass BBO#543858)
Gordon Haley LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 261-0100
Fax: (617) 261-0789

COMMONWEALTH LAND TITLE
INSURANCE COMPANY

By its Attorneys,

/s/ Robert K. Taylor
Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
Tel.: (401) 861-8200
Fax: (401-861-8210
ses@psh.com
rkt@psh.com

TIMOTHY MORE AND EDWARDS ANGELL PALMER DODGE LLP

By their Attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel.: (401) 274-9200
Fax: (401) 276-6611
dsherman@eapdlaw.com

Harold Hestnes *(pro hac vice)*
Beth E. Bookwalter *(pro hac vice)*
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Dated: June 26, 2007

**Certification**

I hereby certify that on this 26th day of June, 2007, I served a true and accurate copy of the foregoing upon the following via e-mail.

**Steven E. Snow, Esq. -** ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq.**
dsherman@eapdlaw.com

**Peter J. Haley, Esq.** haley@gordonhaley.com; Haggerty@gordonhaley.com; notices@gordonhaley.com

**Stephen F. Gordon, Esq.**
sgordon@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

I hereby certify that on this 26th day of February, 2007, I served a true and accurate copy of the foregoing upon the following via first-class mail.

Beth E. Bookwalter, Esq.
Harold Hestnes, Esq.
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109

/s/ Christopher M. Mulhearn____