## Certification

I hereby certify that on this 3rd day of July, 2007, I served a true and accurate copy of the Affidavit of Thomas Roos in Opposition to Motions of Plaintiff and Third-Party Defendant for Summary Judgment and Affidavit of Counsel Appending Exhibits in Opposition to Motions of Plaintiff and Third Party Defendant for Summary Judgment foregoing upon the following via e-mail.

**John G. Fabiano –** jack.fabiano@wilmerhale.com

**Steven E. Snow, Esq. -** ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq. -** dsherman@eapdlaw.com

**Peter J. Haley, Esq.** haley@gordonhaley.com; Haggerty@gordonhaley.com; notices@gordonhaley.com

**Stephen F. Gordon, Esq.**
sgordon@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

**Benjamin M. Stern –** Benjamin.stern@wilmerhale.com

**Robert K. Taylor –** rkt@psh.com, tlc@psh.com

**Christopher M. Mulhearn –** cmulhearn@frlawri.com; jsmith@frlawri.com

I hereby certify that on this 3rd day of July, 2007, I served a true and accurate copy of the Affidavit of Thomas Roos in Opposition to Motions of Plaintiff and Third-Party Defendant for Summary Judgment and Affdiavit of Counsel Appending Exhibits in Opposition to Motions of Plaintiff and Third Party Defendant for Summary Judgment foregoing upon the following first-class mail.

Beth E. Bookwalter, Esq.
Harold Hestnes, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109

/s/ W. Mark Russo_________