UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>IDC PROPERTIES, INC.,<br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>TIMOTHY MORE; and<br>EDWARDS ANGELL PALMER DODGE LLP,<br>Third-Party Defendants | C.A. No.: 01-400/T |

**MOTION TO WITHDRAW AS LEGAL COUNSEL**

NOW COME W. Mark Russo, Esq. and Christopher M. Mulhearn, Esq., of Ferrucci Russo, P.C., and hereby move this Court for an order permitting each of them, and Ferrucci Russo, P.C., to withdraw as legal counsel on behalf of Defendant/Third-Party Plaintiff, IDC Properties, Inc. ("IDC") in connection with the above-entitled action.

As reason therefore, the undersigned counsel states that there has been an irreconcilable breakdown in the attorney-client relationship that has made it impracticable to continue to effectively assist and represent IDC in this matter. Moreover, the undersigned counsel relies upon the representations set forth in *pro hac vice's* counsel's motion to withdraw filed contemporaneous herewith.

Respectfully submitted,

/s/ Christopher M. Mulhearn
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5118)
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
mrusso@frlawri.com
cmulhearn@frlawri.com

## Certification

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via e-mail.

**John G. Fabiano** – jack.fabiano@wilmerhale.com

**Steven E. Snow, Esq.** - ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq.** - dsherman@eapdlaw.com

**Peter J. Haley, Esq.** haley@gordonhaley.com; Haggerty@gordonhaley.com; notices@gordonhaley.com

**Stephen F. Gordon, Esq.**
sgordon@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

**Benjamin M. Stern** – Benjamin.stern@wilmerhale.com

**Robert K. Taylor** – rkt@psh.com, tlc@psh.com

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via facsimile and via first-class, postage prepaid mail:

Beth E. Bookwalter, Esq.
Harold Hestnes, Esq.
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109

/s/ Christopher M. Mulhearn____

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via hand delivery:

IDC Properties, Inc.
c/o Richard J. Land, Esq.
**Winograd, Shine & Zacks, P.C.**
123 Dyer Street
Providence, RI 02903

/s/ Christopher M. Mulhearn____