UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
Plaintiff

v.

IDC PROPERTIES, INC.,
Defendant/Third-Party Plaintiff

v.

TIMOTHY MORE; and EDWARDS ANGELL PALMER DODGE LLP,
Third-Party Defendants

C.A. No.: 01-400/T

## MOTION TO WITHDRAW AS LEGAL COUNSEL

NOW COME Stephen F. Gordon, Esq. and Peter J. Haley, Esq., of Gordon Haley, LLP, and hereby move this Court for an order permitting each of them, and Gordon Haley, LLP, to withdraw as *pro hac vice* legal counsel on behalf of Defendant/Third-Party Plaintiff, IDC Properties, Inc. ("IDC") in connection with the above-entitled action.

As reason therefore, the undersigned counsel states that there has been an irreconcilable breakdown in the attorney-client relationship that has made it impracticable to continue to effectively assist and represent IDC in this matter. Simply put, the undersigned counsel received an electronic communication from IDC indicating that IDC and the undersigned counsel are at odds relative to the approach to the instant case, requiring that new counsel be retained for IDC.

Respectfully submitted,

/s/ Stephen F. Gordon
Stephen F. Gordon (BBO #203600)
Peter J. Haley (BBO #543858)
Gordon Haley, LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 261-0100
Fax: (617) 261-0789
sgordon@gordonhaley.com
haley@gordonhaley.com

## Certification

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via e-mail.

**John G. Fabiano** – jack.fabiano@wilmerhale.com

**Steven E. Snow, Esq.** - ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq.** - dsherman@eapdlaw.com

**Peter J. Haley, Esq.** haley@gordonhaley.com; Haggerty@gordonhaley.com; notices@gordonhaley.com

**Stephen F. Gordon, Esq.**
sgordon@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

**Benjamin M. Stern** – Benjamin.stern@wilmerhale.com

**Robert K. Taylor** – rkt@psh.com, tlc@psh.com

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via facsimile and via first-class, postage prepaid mail:

Beth E. Bookwalter, Esq.
Harold Hestnes, Esq.
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109

/s/ Christopher M. Mulhearn____

I hereby certify that on this 8th day of August, 2007, I served a true and accurate copy of the foregoing upon the following via hand delivery:

IDC Properties, Inc.
c/o Richard J. Land, Esq.
**Winograd, Shine & Zacks, P.C.**
123 Dyer Street
Providence, RI 02903

/s/ Christopher M. Mulhearn