## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,
         Plaintiff,

v.                                              C.A. No. 01-400T

IDC PROPERTIES, INC.,
         Defendant.
-------------------------

IDC PROPERTIES, INC.
   Third-Party Plaintiff,

v.

TIMOTHY MORE and EDWARDS
ANGELL PALMER & DODGE LLP,
   Third-Party Defendants.

### ORDER

For reasons stated in open Court on September 13, 2007, Commonwealth's Motion for Summary Judgment is hereby denied. The Third-Party Defendants' Motion for Summary Judgment is hereby granted as to all counts of the complaint.

IT IS SO ORDERED.

*/s/ Ernest C. Torres*

_____
Ernest C. Torres
Sr. United States District Judge

Date: September 14, 2007

1