**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,
Plaintiff,

v. C.A. No. 01-400T

IDC PROPERTIES, INC.,
Defendant.

---

IDC PROPERTIES, INC.
Third-Party Plaintiff,

v.

TIMOTHY MORE and EDWARDS
ANGELL PALMER & DODGE LLP,
Third-Party Defendants.

**ORDER**

For reasons stated in open Court on September 13, 2007, Commonwealth's Motion for Summary Judgment is hereby denied. The Third-Party Defendants' Motion for Summary Judgment is hereby granted as to all counts of the complaint.

IT IS SO ORDERED.

Ernest C. Torres

Ernest C. Torres
Sr. United States District Judge

Date: September 14, 2007