# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>IDC PROPERTIES, INC.,<br><br>Defendant. | C.A. No. 01-400-T |

**PLAINTIFF'S SUPPLEMENT TO PRETRIAL MEMORANDUM**

## I. WITNESS LIST

Commonwealth Land Title Insurance Company ("Commonwealth") may call the following witnesses at trial:

*Michael Mellion.* Mr. Mellion was Commonwealth's Rhode Island State Counsel at the relevant times. He communicated with the attorney for IDC Properties, Timothy More, regarding IDC Properties' application for title insurance. Mr. Mellion also reviewed the documents submitted to Commonwealth by IDC Properties and supervised the process by which the Policy was issued. Mr. Mellion will testify as to his communications with IDC Properties and to IDC Properties' failure to disclose the adverse claims of the individual unit owners and other material information. Mr. Mellion will further testify to the steps that Commonwealth typically takes in connection with the issuance of a title policy, and to the steps that were taken in this case. Mr. Mellion will testify that disclosure would have caused Commonwealth to decline coverage outright. Mr. Mellion may also testify to other Commonwealth procedures in general.

*Celeste Riendeau*. Ms. Riendeau was a title examiner for Commonwealth who researched the state of IDC Properties' title in 1998 and 1999.

*Timothy More*. Mr. More represented IDC Properties on various matters beginning in 1994. He applied to Commonwealth for title insurance for the Goat Island North Development Unit on behalf of his client. Mr. More drafted the November 17, 1997 memorandum regarding IDC Properties' development rights on which Commonwealth relied, and discussed IDC Properties' application for title insurance with Mr. Mellion at Commonwealth. Mr. More also communicated with Chicago Title Insurance Company, which declined to offer coverage.

*Jeffrey Meyer*. Mr. Meyer was an Assistant Vice President and Branch Manager for Chicago Title Insurance Company in 1997. He handled IDC Properties' application to Chicago Title for title insurance on IDC Properties' development rights. Mr. Meyer may testify regarding his communications with Mr. More regarding that application, and that Chicago Title declined to offer coverage for the development rights due to questions about the legality of the extension of those rights in 1994 and concerns about threatened litigation by the individual unit owners. Mr. Meyer may also testify to earlier communications with Mr. More regarding title insurance for development rights at Goat Island. Mr. Meyer may testify to his communications with Commonwealth after Commonwealth learned of the litigation by the individual unit owners in 1999.

*Thomas Roos*. Mr. Roos is the President, Treasurer and Secretary of IDC Properties. He may testify about the 1994 amendments to the Goat Island Master Declaration, and about the threatened litigation by the individual condominium owners. Mr. Roos may also testify about his communications with Attorney More and others regarding the validity of IDC's purported right to develop land within the condominium units.

Commonwealth reserves the right to call any witness identified by IDC.

## II. EXHIBIT LIST

| ID | FULL | NO. | DESCRIPTION |
|---|---|---|---|
| | | 1 | Commonwealth Policy No. 228716, effective 1/13/98, issued to IDC Properties, Inc. in the amount of $7 million. |
| | | 2 | Endorsement to Policy No. 228716, increasing policy amount to $12 million and adding South and West Development Units. |
| | | 3 | First Amended and Restated Declaration of Condominium of Goat Island South – A Waterfront Condominium, 3/3/88 (the "Master Declaration"). |
| | | 4 | Third Amendment to Master Declaration, 4/27/94. |
| | | 5 | Fourth Amendment to Master Declaration, 11/15/94. |
| | | 6 | Fifth Amendment to Master Declaration, 12/29/94. |
| | | 7 | Sixth Amendment to Master Declaration, 12/29/94. |
| | | 8 | 10/21/94 Chicago Title owner's policy issued to IDC Properties, Inc. in the amount of $10,000,000. |
| | | 9 | 2/19/94 Thomas Roos letter to Ray Morrisette. |
| | | 10 | 12/2/94 letter from Timothy More to Stanley Kanter regarding Third Amendment to Master Declaration. |
| | | 11 | 12/5/94 letter from Stanley Kanter to Timothy More on Third Amendment to Master Declaration. |
| | | 12 | 10/1/97 Thomas Roos letter to Turner Scott. |
| | | 13 | 10/6/97 Thomas Roos letter to Turner Scott, Timothy More. |
| | | 14 | 10/9/97 memorandum from Timothy More to Thomas Roos regarding Goat Island. |
| | | 15 | 11/12/97 America Condominium memorandum for meeting with Thomas Roos on 11/13/97. |

| ID | FULL | NO. | DESCRIPTION |
|---|---|---|---|
| | | 16 | 11/17/97 memorandum from Timothy More to file regarding Goat Island/North Development Unit/Title Issues. |
| | | 17 | Undated draft letter discussing IDC right to build on North Unit (partially incorporated into 11/17/97 memo to file). |
| | | 18 | 11/30/97 letter from Thomas Roos to Executive Board, America Condominium Association and Harbor Houses Condominium Association regarding proposal for non-binding arbitration. |
| | | 19 | 12/4/97 letter from Timothy More to Michael Mellion requesting $5,000,000 in title insurance on the North Development Unit. |
| | | 20 | 12/10/97 letter from Matthew Medeiros to Timothy More enclosing Tolling Agreement. |
| | | 21 | 12/12/97 letter from Michael Mellion to Timothy More confirming bid on $5,000,000 title policy. |
| | | 22 | 12/15/97 memorandum from Jeffrey Meyer, Chicago Title Insurance Co., to Timothy More regarding Goat Island Condominium. |
| | | 23 | 1/6/98 Michael Mellion new file memo. |
| | | 24 | 1/7/98 Timothy More letter to Medeiros & Sanford enclosing Tolling Agreement executed by Thomas Roos. |
| | | 25 | 1/13/98 Title Examiner Abstract. |
| | | 26 | 2/2/98 Michael Mellion letter to Timothy More transmitting $5 million title policy and invoice. |
| | | 27 | 2/3/98 Michael Mellion letter to Timothy More transmitting revised Schedule A and Exhibit A of title policy and revised invoice. |

| ID | FULL | NO. | DESCRIPTION |
|---|---|---|---|
| | | 28 | 12/3/98 Timothy More fax transmittal to Michael Mellion and letter requesting increase in title policy limits to $12 million and addition of South and West Development Units. |
| | | 29 | 1/5/99 Thomas Roos letter to Executive Boards. |
| | | 30 | 2/13/99 Ray Morrisette letter to Thomas Roos. |
| | | 31 | 2/19/99 Thomas Roos letter to Ray Morrisette. |
| | | 32 | 4/14/99 Michael Mellion letter to Timothy More enclosing endorsement. |
| | | 33 | 10/21/99 William Landry letter to Michael Mellion giving notice of Lis Pendens against IDC Properties. |
| | | 34 | Decision in *America Condominium Association, et al. v. IDC Properties, Inc., et al.*, C.A. No. NC99-232. |
| | | 35 | Partial Judgment in *America Condominium Association, et al. v. IDC Properties, Inc., et al.*, C.A. No. NC99-232. |

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
rkt@psh.com

Dated: September 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF'S SUPPLEMENT TO PRETRIAL MEMORANDUM was sent by prepaid first class mail on the 17th day of September, 2007 to the following:

IDC Properties, Inc.
c/o Richard J. Land, Esq.
Registered Agent for Service
123 Dyer Street
Providence, RI 02903

/s/ Robert K. Taylor

939978_2/6052-3