UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY<br>*Plaintiff,* | : | |
| vs. | : | C.A. No. 01-400T |
| IDC PROPERTIES, INC.<br>*Defendants* | : | |

**MOTION FOR EXTENSION OF TIME**

Now comes your Defendant, IDC Properties, Inc., and prays that this Honorable Court extend the trial date of the above captioned matter to November 25, 2007 (60 days) or to a date this Honorable Court deems fair and reasonable. In support of your Defendant's Motion, your Defendant states the following:

1. On the 13th day of September 2007, this Honorable Court allowed Defendant's counsel to withdraw.

2. This matter is scheduled for trial on the 27th day of September 2007.

3. Defendant has met with other counsel to takeover the trial of the above captioned matter and have agreed to try the above matter but would need (60) days to properly prepare.

4. At the present time Thomas Roos, the owner of Defendant, IDC Properties, Inc. is not a practicing attorney and would have to try the above captioned matter, pro se, which would be difficult to do.

WHEREFORE, your Defendant, IDC Properties, Inc., prays that this Honorable Court grant the Defendant's Motion for an Extension of Time to try the above matter and any other relief it deems just and equitable.

Defendant,
IDC Properties, Inc.,
By and through its owner,
Thomas Roos

/s/ Thomas Roos
Thomas Roos

**CERTIFICATION**

I hereby certify that on September 18, 2007, a true copy of the within, was served on Robert K. Taylor, Esq., Partridge, Snow & Hahn, LLP, at rkt@psh.com by electronic "CM/ECF" means and via facsimile.

/s/Thomas Roos
Thomas Roos