**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,
Plaintiff,

v. C.A. No. 01-400T

IDC PROPERTIES, INC.,
Defendant.

**ORDER**

The motion by Thomas Roos, pro se, on behalf of IDC Properties, Inc. to postpone the trial for a period of sixty days is denied for the reason that Mr. Roos is not an attorney and, therefore, cannot represent IDC Properties, Inc. Motions on behalf of a named party can be filed only by an attorney who has duly entered an appearance as counsel for that party; or, in the case of a party who is a natural person, by the person himself or herself.

IT IS SO ORDERED.

Ernest C. Torres
Sr. United States District Judge
Date: September 21, 2007