UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>IDC PROPERTIES, INC.,<br>Defendant and Third Party Plaintiff<br><br>v.<br><br>TIMOTHY MORE, and<br>EDWARDS ANGELL PALMER DODGE LLP<br><br>Third Party Defendants. | Civil Action No. 01-400 T |

NOTICE OF ATTORNEYS' LIEN

NOW COMES Gordon Haley LLP, counsel for Defendant/Third-Party Plaintiff, IDC Properties, Inc. ("IDC") pursuant to, and in accordance with, R.I. Gen. Laws §9-3-1, *et seq.*, and hereby serves notice of its attorneys' lien for payment of the value of the professional legal services it rendered on behalf, and for the benefit, of IDC in connection with its representation of IDC in the above-identified action. To date, pursuant to the terms of engagement by and between IDC and Gordon Haley LLP has expended attorney time and effort in this matter with a total value of $148,841.47, for which it has not yet been paid. Thus, the total sum of $148,841.47 remains due and owing Gordon Haley LLP, which said amount reflects professional legal services rendered on behalf, and for the benefit, of IDC in this matter.

Respectfully submitted,

FERRUCCI RUSSO P.C.

By its Attorneys,

/s/ Christopher M. Mulhearn
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

GORDON HALEY LLP

By its attorneys,

/s/ Stephen F. Gordon
Stephen F. Gordon (Mass BBO#203600)
Peter J. Haley (Mass BBO#543858)
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
Tel: (617) 261-0100
Fax: (617) 261-0789

Dated: September 25, 2007

## Certification

I hereby certify that on this 25th day of September, 2007, I served a true and accurate copy of the foregoing upon the following via e-mail:

**Steven E. Snow, Esq.** - ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq.** - dsherman@eapdlaw.com; ekula@eapdlaw.com

**Christopher M. Mulhearn** - cmulhearn@frlawri.com

**W. Mark Russo** - mrusso@frlawri.com

**John G. Fabbiano** - jack.fabbiano@wilmerhale.com

**Benjamin M. Stern, Esq.** - benjamin.stern@wilmerhale.com

**Robert K. Taylor** - rkt@psh.com; tlc@psh.com

I hereby certify that on this 25th day of September, 2007, I served a true and accurate copy of the foregoing upon the following via certified mail, return receipt request and via first-class, postage prepaid mail:

**IDC Properties, Inc.**
c/o Richard J. Land, Esq. - Registered Agent
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

**IDC Properties, Inc.**
5 Marina Plaza
Newport, RI 02840

/s/ Christopher M. Mulhearn