UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY<br>Plaintiff | : | |
| vs. | : | C.A. No. 01-400 T |
| IDC PROPERTIES, INC.<br>Defendant | : | |

**NOTICE OF ENTRY OF APPEARANCE**

Now comes Thomas C. Angelone, Esq., and hereby enters his appearance on behalf of Defendant, ***IDC Properties, Inc.***

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: October 9, 2007

**CERTIFICATION**

I hereby certify that on this 9th day of October, 2007, I caused a copy of the within Notice of Entry of Appearance to be mailed by first class mail, postage prepaid to the following attorney(s) of record:

John B. Harwood, Esq.
contact@mckinnonharwood.com

Steven E. Snow, Esq.
ses@psh.com,tlc@psh.com

Robert K. Taylor, Esq.
rkt@psh.com,tlc@psh.com

/s/ Thomas C. Angelone

Thomas C. Angelone, Esq. #1373