# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

Plaintiff,

v.

IDC PROPERTIES, INC.,

Defendant.

C.A. No. 01-400-T

## **PLAINTIFF'S SECOND SUPPLEMENT TO PRETRIAL MEMORANDUM**

Plaintiff Commonwealth Land Title Insurance Company may call the following witness in addition to the witnesses previously disclosed:

*Charles D. Blackman.* Mr. Blackman will testify regarding the claims and arguments made by plaintiffs in *America Condominium Association, Inc., et al. v. IDC, Inc., et al.*, Newport County Superior Court C.A. No. 99-232 and appeals therefrom.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Robert K. Taylor
Steven E. Snow (#1774)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
rkt@psh.com

DATED: October 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF'S SECOND SUPPLEMENT TO PRETRIAL MEMORANDUM was filed on October 26, 2007 with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing by the following counsel of record:

Thomas C. Angelone, Esq. / Hodosh, Spinella & Angelone, PC
angelonelaw@aol.com

/s/ Robert K. Taylor

947488_1/6052-3