UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>IDC PROPERTIES, INC.,<br>Defendant/Third-Party Plaintiff<br><br>v.<br><br>TIMOTHY MORE; and EDWARDS ANGELL PALMER DODGE LLP,<br><br>Third Party Defendants | C.A. No.: 01-400/T |

DISCHARGE OF NOTICE OF ATTORNEYS' LIEN

NOW COMES Ferrucci Russo, P.C., counsel for Defendant/Third-Party Plaintiff, IDC Properties, Inc. ("IDC"), as well as certain IDC and/or Thomas Roos affiliated entities, and hereby releases and discharges that certain previously filed Notice of Attorneys' Lien, dated September 17, 2007, with prejudice. In support of the within, Ferrucci Russo, P.C. respectfully submits that IDC, as well as certain IDC and/or Thomas Roos affiliated entities have satisfied their respective payment obligations to Ferrucci Russo, P.C., and thus, there are no further amounts due and owing Ferrucci Russo, P.C. for the professional legal services rendered on behalf, and for the benefit, of those entities and/or persons, pursuant to the above-referenced Notice of Attorneys' Lien.

Respectfully submitted,

FERRUCCI RUSSO, P.C.

/s/ Christopher Mulhearn
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: mrusso@frlawri.com
Email: cmulhearn@frlawri.com

Dated: October 30, 2007

## Certification

I hereby certify that on this 30th day of October, 2007, I served a true and accurate copy of the foregoing upon the following via e-mail:

**Steven E. Snow, Esq.** - ses@psh.coml; tlc@psh.com

**Deming E. Sherman, Esq.** - dsherman@eapdlaw.com; ekula@eapdlaw.com

**Peter J. Haley, Esq.** - haley@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

**Stephen F. Gordon, Esq.** - sgordon@gordonhaley.com; haggerty@gordonhaley.com; notices@gordonhaley.com

**John G. Fabbiano** - jack.fabbiano@wilmerhale.com

**Benjamin M. Stern, Esq.** - benjamin.stern@wilmerhale.com

**Robert K. Taylor** - rkt@psh.com; tlc@psh.com

**Thomas Angelone –** angelonelaw@aol.com

**William Devereaux –** wdevereaux@pld-law.com

I hereby certify that on this 30th day of October, 2007, I served a true and accurate copy of the foregoing upon the following via certified mail, return receipt request and via first-class, postage prepaid mail:

**IDC Properties, Inc.**
c/o Richard J. Land, Esq. - Registered Agent
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

**IDC Properties, Inc.**
5 Marina Plaza
Newport, RI 02840

/s/ Christopher M. Mulhearn