AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Commonwealth V. IDC

CASE NUMBER: CA01-400T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TORRES | SNOW; Taylor | Angelone |
| TRIAL DATE(S) 11/6/07- | COURT REPORTER D. Lajoie | COURTROOM DEPUTY R. JACKSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | W-1 | | | Timothy More (11/6/07) |
| 3 | | 11/6/07 | ✓ | ✓ | 1st Amd. Declaration of Condominium |
| 4 | | 11/6/07 | ✓ | ✓ | 3rd Amd. Declaration of Condominium |
| 10 | | 11/6/07 | ✓ | ✓ | 12/2/94 Ltr. to S. Kanter from T. More |
| 11 | | 11/6/07 | ✓ | ✓ | 12/5/94 Ltr. to T. More from S. Kanter |
| 6 | | 11/6/07 | ✓ | ✓ | 5th Amd. Declaration of Condominium |
| 7 | | 11/6/07 | ✓ | ✓ | 6th Amd. Declaration of Condominium |
| 12 | | 11/6/07 | ✓ | ✓ | 10/1/97 Ltr. to T. More from T. Roos |
| 13 | | 11/6/07 | ✓ | ✓ | 10/6/97 Ltr. to T. Scott/T. More from T. Roos |
| 14 | | 11/6/07 | ✓ | ✓ | 10/9/97 memo to T. Roos from T. More |
| 16 | | 11.6.07 | ✓ | ✓ | 11/17/97 memo from T. More |
| 17 | | 11.6.07 | ✓ | ✓ | Memo "Draft" of Exh 16 |
| 22 | | 11.6.07 | ✓ | ✓ | 12.15.97 Memo from J. Meyer to T. More |
| 19 | | 11.6.07 | ✓ | ✓ | 12.4.97 Letter from T. More to M. Mellion |
| 20 | | 11.6.07 | ✓ | ✓ | 12.10.97 Letter from M. Medeiros to T. More |
| 24 | | 11.6.07 | ✓ | ✓ | 1/7/98 Letter, w. attached Tolling Agreement |
| 21 | | 11.6.07 | ✓ | ✓ | 12/12/97 Letter from M. Mellion to T. More |
| 26 | | 11.6.07 | ✓ | ✓ | 2/2/98 Letter from M. Mellion to T. More |
| 27 | | 11.6.07 | ✓ | ✓ | 2/3/98 Letter from M. Mellion to T. More |
| 28 | | 11.6.07 | ✓ | ✓ | 12/3/98 Letter from T. More to M. Mellion |
| 32 | | 11.6.07 | ✓ | ✓ | 4/14/99 Letter from M. Mellion to T. More |
| 1 | | 11.6.07 | ✓ | ✓ | Insurance Policy |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

COMMONWEALTH v. IOC CASE NUMBER: CA 01-400T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 11.6.07 | ✓ | ✓ | POLICY ENDORSEMENT |
| | K | 11.6.07 | ✓ | | 2/2/99 LETTER from T. MORE to M. MELLION |
| | Q | 11.6.07 | ✓ | | 9/28/01 MEMO from T. MORE to W. LANDRY |
| 36 | | 11.6.07 | ✓ | ✓ | State Court Complaint NC 99-232 |
| ✓ | | W-2 | | | MICHAEL MELLION (11/6/07) |
| 23 | | 11.6.07 | ✓ | ✓ | 1/6/98 MEMO from MICHAEL to JOHN |
| | P | 11.6.07 | ✓ | ✓ | 5/21/01 LETTER from M. MELLION to D. MILLER |
| | A | 11.6.07 | ✓ | ✓ | 3rd Amend. to 1st Amended Declaration |
| ✓ | | W-2 | | | Michael Mellion (con't.; 11/7/07) |
| | E | 11/7/07 | ✓ | ✓ | 11/17/97 memo to File from T. More w/ mellion notes |
| 8 | | 11/7/07 | ✓ | ✓ | 10/21/94 (3:18PM) Owner's Policy schedule A |
| | H | 11/7/07 | ✓ | ✓ | 1/13/98 Conclusion Sheet |
| 5 | | | ✓ | | 11/15/94 4th Amd. to 1st Amended Declaration of Condominium |
| | J | 11/7/07 | ✓ | ✓ | 1/7/99 Examiner's Expense Sheet |
| | L | 11/7/07 | ✓ | ✓ | 2/7/99 Title summary w/ remarks |
| | D | 11/7/07 | ✓ | ✓ | Superior Court Docket Sheet |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |