# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
Plaintiff

vs. C.A. No. 01-400T

IDC PROPERTIES, INC.,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the Memorandum and Order entered by the Court on December 21, 2007, judgment hereby enters for Plaintiff Commonwealth Land Title Insurance Company and against Defendant IDC Properties, Inc. For declaratory relief declaring that Commonwealth Owner's Title Insurance Policy No. 228716 issued to IDC is null and void and that Commonwealth is not liable to IDC for any loss, damage, costs, attorney fees or expenses sustained or incurred by IDC as a result of Commonwealth's denial of coverage.

Further, judgment enters in favor of Commonwealth and against IDC, on IDC's counterclaims in the above-referenced matter.

Enter:

Deputy Clerk

Dated: December 21, 2007