UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY *Plaintiff* | : | |
| vs. | : | C.A. No. 01-400 T |
| IDC PROPERTIES, INC. *Defendant* | : | |

**NOTICE OF APPEAL**

Notice is hereby given that IDC Properties, Inc., Defendant in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 21st day of December, 2007.

Respectfully submitted,

**IDC PROPERTIES, INC.**

By its Attorneys,

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: January 18, 2008

**CERTIFICATION**

I hereby certify that on this 18th day of January, 2008, I caused a copy of the within **Notice of Appeal** to be filed electronically and provided for downloading to the following attorney(s) of record:

Stephen E. Snow, Esq.
ses@psh.com,tlc@psh.com
Robert Taylor, Esq.
rkt@psh.com,tlc@psh.com
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

/s/ Thomas C. Angelone